HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY EDWIN PAUL,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>Garnishee. | Case No. 2:22-cv-00707-RAJ<br><br>(2:19-cr-00194-1)<br><br>CONTINUING GARNISHMENT ORDER |

    A Writ of Continuing Garnishment, directed to Fidelity Brokerage Services, LLC, (Garnishee), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee filed its Answer on May 23, 2022, stating that it holds an individual retail brokerage account registered to Defendant/Judgment Debtor Anthony Paul, which then totaled $18,087.79. Dkt. # 7 at 3.

    The United States served notice of the Writ of Garnishment on Mr. Paul and his wife, Nicole Paul (Mrs. Paul). Dkt. # 8. Mrs. Paul filed an Objection, and the Court considered and overruled her Objection on April 23, 2025. Dkt. # 18.

ORDER - 1

IT IS THEREFORE ORDERED: Under 28 U.S.C. § 3205(c)(7), the Garnishee shall pay to the Clerk of this Court all property in the Garnishee's possession, custody, or control, in which Mr. Paul has an ownership interest. The Garnishee shall make the required payment via check payable to the United States District Court and referencing Case Nos. 2:19-CR-00194-1 and 2:22-CV-00707 on the memo line. The Garnishee shall mail or deliver the check to:

> U.S. District Court, W.D. Washington
> Attn: Financial Clerk
> 700 Stewart Street, Suite 2310
> Seattle, Washington 98101

The Clerk shall apply the Garnishee's payment to Mr. Paul's outstanding criminal judgment debt in Case No. 2:19-CR-00194-1.

Dated this 1st day of July, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2