HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>ANTHONY EDWIN PAUL,<br><br>    Defendant/Judgment Debtor,<br><br>    and<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>    Garnishee. | Case No.  2:22-cv-00707-RAJ<br><br>(2:19-cr-00194-1)<br><br>ORDER TERMINATING GARNISHMENT PROCEEDING |

ORDER - 1

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Fidelity Brokerage Services LLC is relieved of further responsibility under the writ of garnishment issued in this case.

Dated this 12th day of September, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2